

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

08 AUG -8 PM 3:31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No.   08-MJ-8077-01/02-JPO |
| GUY S. NEIGHBORS, ) and ) CARRIE NEIGHBORS, ) | |
| Defendants. ) | |

## CRIMINAL COMPLAINT

I, David E. Nitz, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about August 8, 2008, in the District of Kansas, the defendants,

**GUY S. NEIGHBORS,**
**and**
**CARRIE NEIGHBORS,**

corruptly concealed a record, document, and other object, and attempted to do so, with the intent to impair the object's integrity and availability for use in an official proceeding; and, otherwise obstructed, influenced, or impeded any official proceeding, and attempted to do so, in violation of Title 18, United States Code § 1512(c).

### AFFIDAVIT

1.   I, David E. Nitz, United States Postal Inspector, United States Postal Inspection Service, have been so employed for over 9 years with responsibilities, including the investigation of violations of Title 18, United States Code, Section 1341, Frauds and Swindles (Mail Fraud).

2.   I am familiar with the information contained in the Affidavit based upon my

1

investigation and that of Officer Micky Rantz, Lawrence Kansas Police Department and Officer Mike Riner, University of Kansas Police. Information has also been provided by other law enforcement agencies and investigators.

3. Based upon the following information, I believe that between approximately July 2008 and the present, Guy and Carrie Neighbors, owners/operators of Yellow House, 1904 Massachusettes Street, Lawrence, Kansas 66046; have committed and continue to commit violations of Title 18, United States Code, Section 1512(c).

4. This affidavit is made in support of an Application for an Arrest Warrant for Guy Neighbors, date of birth 01/12/1959, and an Application for an Arrest Warrant for Carrie Neighbors, date of birth 08/13/1961.

## BACKGROUND

5. On or about August 6, 2008, University of Kansas Police received a report from Cade Cruickshank, Information Technician for the School of Journalism, about a missing new laptop computer, belonging to the University of Kansas. Cruickshank reported that as he was retrieving computers to put into use he noticed that a Dell laptop computer, model XPSM1330 and serial number 42QWTF1, was missing from the box. The serial number of the missing computer was listed on the box. He reported that the computer was purchased and received by the University of Kansas in June 2008 and remained in a locked room, with limited access, until he discovered it missing.

6. Cruickshank reported that on August 6, 2008 he conducted an internet search to determine if he could locate the missing computer on internet auction sites. He found a similar laptop on eBay being sold by 'standupguycharles'. Upon viewing the pictures with the posting he was able to observe the same serial number as that of the missing laptop, 42QWTF1, in a picture on the website of the laptop. The seller was advertising the laptap computer, the Software package, a storage case for the software, a soft cleaning cloth, set of earbuds, a Dell carry case for the computer, a wall charger and

a rechargable battery--all of which would have been in the original box when the computer was stolen from Kansas University. This item was listed as posted for sale on or about July 30, 2008. Cruickshank reported this to the University of Kansas Police, who agreed to Cruickshank bidding on the computer. Cruickshank placed the winning bid of $960.00 on August 6, 2008.

7. On or about August 6, 2008, eBay seller 'standupguycharles', using the email address of studio64dude@hotmail.com and name Charlie Rayton contacted Cruickshank and instructed him to make payment to Charlie Rayton via their mailing address PMB 357, 3514 Clinton Parkway, Suite A, Lawrence Kansas 66047.

8. On August 7, 2008, Inspector David E. Nitz visited the UPS Store, which operates the Private Mail Box (PMB) location at 3514 Clinton Parkway, Suite A, and met with Chip Waite, Manager. He provided documents which indicate on July 7, 2007, Carrie Neighbors opened this box in her name and completed a U.S. Postal Service form 1583, listing only her name as a recipient of mail for this PMB. Carrie Neighbors also listed the business address and telephone numbers, 1904 Massachusettes Lawrence KS and 842-2785, known by the affiant to belong to the Yellow House Store. She also completed the UPS Store Mailbox Service Agreement the same day, but also listed the names Guy Neighbors and Charlie Rayton. She further listed on the UPS agreement the email address studio64dude@hotmail.com. Both the PS Form 1583 and the UPS Store agreement note the requirement to provide all names on form 1583. Form 1583 contains a separate warning which read: "The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment)".

9. On August 7, 2008, in light of this information, Officer Rantz and Assistant U.S. Attorney Terra Morehead, made a telephone call to John Duma, attorney for Carrie Neighbors, and informed him of the missing laptop being sold by Carrie Neighbors. Duma

agreed to speak to Carrie Neighbors about returning the laptop to University of Kansas Police. Duma, in a second telephone call to Officer Rantz, advised that Carrie Neighbors was removing the laptop for sale, would provide the laptop to the police along with all information pertaining to the person who sold the laptop to her. He also noted that she told him that she knew the person well and had been doing business with him for several years. She specifically mentioned liking Detective Mike Riner, University of Kansas Police, and was willing to cooperate fully.

      10.    On August 7, 2008, Detective Riner met with Carrie Neighbors at the Yellow House Store and retrieved the laptop from her. He also viewed documents pertaining to the seller, Robert Samples. She informed him her copy machine was not working and therefore could not make a copy for him. Detective Riner agreed to return the following day to provide a receipt for the computer and to obtain the requested documentation. Detective Riner knows Samples to be a preventive maintenance technician for the University of Kansas.

      11.    On August 8, 2008, Detective Riner returned to the Yellow House Store to provide them with a property evidence sheet for the laptop and to get the documentation. Both Guy and Carrie Neighbors were present. Detective Riner requested to obtain the additional items that had been with the computer which included the Software, storage case and other computer components for the laptop, which were also listed in the eBay posting. He also requested the seller documents for this transaction as well as previous sales to Samples. Carrie Neighbors provided the storage case and components to Detective Riner, but refused to provide the Software, stating it was hers. Guy Neighbors said the sales documents were locked in a safe and they were not going to provide them to him. Guy Neighbors further advised Detective Riner that they had already called Samples and told him that they had been contacted by police in regards to the laptop that they had purchased from him. They further indicated they planned to fire their attorney's

4

because they did not come to Lawrence the previous day for their meeting with Detective Riner and that they were going to hire new attorneys. They refused to cooperate further with him.

12. On or about August 8, 2008, officers or agents reviewed the 'standupguycharles' eBay site and found the operators of this auction were selling 'New' or 'New with tags' items. Selling of these items is consistent with the selling of new items in the current investigation of Guy and Carrie Neighbors (Yellow House). Also the telephone number, 785-840-5038, associated with this eBay auction, are known to belong to Guy and Carrie Neighbors because they have stipulated in a recent federal court proceeding that it belongs to them. This number is also listed on the UPS service agreement.

13. WHEREFORE, your affiant respectfully requests that an arrest warrant be issued authorizing the United States Postal Inspection Service, with appropriate assistance from other law enforcement officers, to arrest Guy and Carrie Neighbors for violation of Title 18, United States Code, Section 1512(c).

DAVID NITZ
U.S. Postal Inspector

Sworn to before me and subscribed in my presence this 8th day of August, 2008, at Kansas City, Kansas.

JAMES P. O'HARA
United States Magistrate Judge
District of Kansas

Penalties:

COUNT 1 -

- NMT 20 Years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 Years S.R.; and,
- Special Assessment $100.00.