CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                      Case No:  07-20124
                                                                       08-20105

GUY NEIGHBORS,

        Defendant.

**Attorney for Plaintiff: Chris Oakley**
**Attorney for Defendant: Pro Se, Justin Johnston, Standby**

| JUDGE: | Carlos Murguia | DATE: | 3/6/2014 |
|---|---|---|---|
| **CLERK:** | **Casey Tourtillott** | **TAPE/REPORTER:** | **Nancy Wiss** |
| **INTERPRETER:** | | **PROBATION:** | |

Defendant appeared in person, pro se, and with standby counsel, Justin Johnston.  Chris Oakley appeared on behalf of the government.

As to Case No. 07-20124, for the reasons stated on the record, the Court denies the relief sought in Doc. 628. With regard to Doc. 635, the motion is denied in part for the reasons stated on the record.  With respect to the constitutional speedy trial issue, the court expedites briefing.  Defendant's brief is due on March 17, 2014.  The government's response is due on March 28, 2014.  Defendant may file a reply brief on or before April 4, 2014.

The Court grants Doc. 649, Motion for Protective Order.  The government shall submit a proposed Order for the Court's review.

Motions deadline of 4/18/2014 is still in effect, with a response date of 5/2/2014.  A motion hearing is set for 5/15/2014 at 9:30 a.m.

As to case 08-20105, for the reasons stated on the record, the court grants Doc. 317 and denies Doc. 331 as moot.  Because the case is dismissed, Doc. 324 is also denied as moot.